IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE GRAND JURY SUBPOENA    §
ISSUED TO TWITTER, INC.      §        No. 3:17-MC-40-M-BN
                             §
                             §        **SEALED**

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on September 22, 2017. *See* Dkt. No. 21. Movant Twitter, Inc. filed Partial Objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendations to which objection was made. As to the gag order, to which no objection was made, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 22, 2017, so the Order dated May 16, 2017 in Case No. 3:07-mc-2705 (N.D. Tex.) – a copy of which is attached to Dkt. No. 4 as Exhibit 2 – is VACATED.

As to Movant Twitter, Inc.'s Motion to Quash Grand Jury Subpoena, the matter is remanded to the Magistrate Judge to schedule a prompt hearing at which Twitter may present evidence to establish its own injury in fact. Because the Court finds the legal analysis of the Magistrate Judge well-reasoned, it will accept the Findings if Twitter does not present **evidence** of injury in fact, which it has thus far declined to do.

Case 3:17-mc-00040-M-BN   Document 27   Filed 05/03/18   Page 2 of 2   PageID 869

**SO ORDERED** this 19th day of October, 2017.


**BARBARA M. G. LYNN**
**CHIEF JUDGE**