IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA § | |
| ISSUED TO TWITTER, INC. § | No. 3:17-mc-40-M-BN |
| § | |
| § | **SEALED** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on November 7, 2017. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Movant Twitter, Inc.'s Motion to Quash Grand Jury Subpoena and Vacate Gag Order [Dkt. No. 1] is GRANTED IN PART. The Motion to Quash is GRANTED as to Twitter users @dawg8u and @abtnatural and DENIED as to Twitter users @PogoWasRight, @Popehat, and @associatesmind.

The Grand Jury Subpoena issued to Twitter, No. Dal-2017R05013-2, is hereby QUASHED as to @dawg8u and @abtnatural.

**SO ORDERED** this 11th day of December, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE